Case: 3:06-cv-00733-bbc   Document #: 45   Filed: 10/03/07   Page 1 of 1

Document Number 45
Case Number 06-C-0733-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
10/03/2007 01:07:43 PM CDT

# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

STEVEN PEPLINSKI,

       Petitioner,

v.

TERRY COLLINS, ROBERT DUELLMAN,
VINCE HOWE/subrogated;
DIANE McMAHON, GARY REDSTEN,
RICHARD SACIA and ANN SEAGO,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 06-C-733-C

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel                       10/3/07

**by Deputy Clerk**                Date